Edward R. Hugo [Bar No. 124839]
James C. Parker [Bar No. 106149]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN CECIL KIPER, II and ANNE KIPER<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, and DOES 1-300,<br><br>Defendants. | (ASBESTOS)<br><br>U.S.D.C. Case No. CV08-3484 SVW (JTLx)<br><br>Los Angeles Superior Court Case No. BC389549<br><br>ORDER FOR REMAND OF CASE TO STATE COURT |

PLAINTIFFS ARLEN CECIL KIPER, II AND ANNE KIPER AND REMOVING PARTY FOSTER WHEELER ENERGY CORPORATION have stipulated to an immediate remand of this case to Los Angeles Superior Court.

**THEREFORE, IT IS ORDERED THAT** this case is remanded to the Los Angeles Superior Court.

Dated: June 13, 2008

_____
District Judge Stephen V. Wilson